# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 18-498-RGK (PLAx)                                        Date  November 16, 2018

Title: Thomas A. Seaman v. Wei He, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS                ☐ U.S. DISTRICT JUDGE
                                                         ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                              NONE

**PROCEEDINGS:**        ( IN CHAMBERS)

On November 8, 2018, defendants Wei He, Ahomeland, Inc., and Golden Ark, Inc. ("defendants") filed a Motion to Quash Subpoena (the "Motion").  The Motion was noticed for a hearing on December 5, 2018.

The discovery cut-off in this action is November 27, 2018.  See ECF No. 29.  The District Judge's Order for Jury Trial, issued on June 25, 2018 (ECF No. 30), requires that all discovery "shall be complete by the discovery cut-off date. . . .  **This is not the date by which discovery requests must be served; it is the date by which all discovery is to be completed**."  The District Judge further instructs that "**[a]ny motion challenging the adequacy of responses to discovery must be filed timely, and served and calendared sufficiently in advance of the discovery cut-off date to permit the responses to be obtained before that date, if the motion is granted**."  (Emphasis in original).  As evidenced by the fact that the Motion was set for a hearing *after* the expiration of the discovery cut-off, the matter concerning the subject subpoenas cannot be resolved *prior* to the cut-off date so as to permit any response to the subpoenas, if not quashed in their entireties, to be obtained prior to the cut-off, as required by the District Judge's Order.  Indeed, defendants in their proposed order submitted with the Motion (ECF No. 34-8) seek that the subject subpoenas be modified to limit their scope if not quashed in their entireties, in which event production would be required well after the discovery cut-off date.  The Motion is thus untimely.  This Court will not extend or otherwise modify a deadline established by the District Judge.  Accordingly, defendants' motion is **denied**.


cc:     Counsel of record


Initials of Deputy Clerk____ch____

CV-90 (10/98)                              CIVIL  MINUTES  -  GENERAL